UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CITY OF CLARKSON VALLEY, et al., | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:04CV00301 RWS |
| NORMAN Y. MINETA, et al., | ) | |
| Defendant(s). | ) | |

## MEMORANDUM AND ORDER

The mandate of the United States Court of Appeals for the Eighth Circuit was issued in this case on September 14, 2007. Accordingly, I will re-issue my order of September 7, 2007 because I did not yet have jurisdiction over this case at the time I issued my order.

**IT IS HEREBY ORDERED** that all parties shall state, in writing, whether they feel that the issue of standing has been fully briefed or that they feel the issue needs to be supplemented, no later than **September 21, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2007.